CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

SEP 28 2007

JOHN F. CORCORAN, CLERK
BY: _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MARCUS D. YOUNG,<br>Petitioner, | Civil Action No. 7:07-cv-00426 |
| v. | **FINAL ORDER** |
| DEPARTMENT OF CORRECTIONS,<br>Respondent. | By: Glen E. Conrad<br>United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that the above referenced civil action, construed by the court as a petition for habeas corpus, pursuant to 28 U.S.C. §2254, shall be and hereby is **DISMISSED** without prejudice, pursuant to Rule 4 of the Rules Governing § 2254 Proceedings. Any pending motions are hereby **DENIED as MOOT**, and the action is hereby **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 28th day of September, 2007.

_____
United States District Judge